IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JESSE JAMES HOWARD                                                                                              PETITIONER
*ADC #156638*

v.                                            4:23-cv-00752-JM-JJV

DEXTER PAYNE,                                                                                                   RESPONDENT
*Director, Arkansas Division of Correction*

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Mr. Howard's § 2254 Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED.

2. A certificate of appealability will not issue.

IT IS SO ORDERED this 26th day of September, 2023.

_____
THE HONORABLE JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE