# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

JESSE JAMES HOWARD                                                                   PETITIONER
*ADC #156638*

v.                                      4:23-cv-00752-JM-JJV

DEXTER PAYNE,                                                       RESPONDENT
*Director, Arkansas Division of Correction*

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED this 26th day of September, 2023.

_____
THE HONORABLE JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE